IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COTRELL T. KNIGHT, and PHYLLIS M. KNIGHT,<br><br>　　　　　　Petitioners,<br><br>vs.<br><br>MICHAEL MYERS,<br><br>　　　　　　Respondent. | **8:24CV454**<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the Court on what the Court has liberally construed and docketed as Petitioner Phyllis M. Knight's ("Knight") Notice of Appeal and Motion for Leave to Appeal in Forma Pauperis ("IFP"). Filing No. 8. Knight filed her Notice of Appeal on May 9, 2025.[1] Knight appeals from the Court's Memorandum and Order and Judgment dated April 11, 2025. Filing Nos. 6 & 7. Upon review of Knight's Motion for Leave to Appeal IFP, the Court finds Knight is entitled to proceed in forma pauperis on appeal.

　　　IT IS THEREFORE ORDERED that: Knight's Motion for Leave to Appeal in Forma Pauperis, Filing No. 8, is granted.

　　　Dated this 19th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_John M. Gerrard_
　　　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

---

[1] Knight faxed her Notice of Appeal and IFP Motion to the Court on May 9, 2025, and the Court directed the Clerk's office to accept and file the faxed document. Filing No. 8. Knight also mailed a copy of her filing, which the Court received on May 12, 2025, and docketed as an attachment to the initial faxed filing. Filing No. 8-1.